AMERICAN BAR LOCK CO. v. OLD et al.

(Circuit Court of Appeals, Third Circuit. September 21, 1910.)

No. 20, March Term, 1910.

PATENTS (§ 328*)—INFRINGEMENT—VAULT-LIGHT CONSTRUCTION.

The Caldwell patents, No. 741,010 and No. 760,728, each for improvements in vault-light construction, as limited by the prior art, *held* not infringed.

Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania.

Suit in equity by the American Bar Lock Company against Robert H. Old and others. Decree for defendants (175 Fed. 113), and complainant appeals. Affirmed.

Hector T. Fenton, for appellant.
Charles M. Catlin, for appellees.

Before BUFFINGTON and LANNING, Circuit Judges, and ARCHBALD, District Judge.

PER CURIAM. This suit involves the question as to whether the defendants, appellees here, have infringed the two patents of the complainant, appellant here. Each of the patents is for improvements in vault-light construction, and each was issued to William L. Caldwell, No. 741,010 on October 13, 1903, and No. 760,728 on May 24, 1904. The Circuit Court concluded that there was no infringement (see opinion, 175 Fed. 113). A decree was thereupon entered dismissing the bill. We agree with the conclusions of the court below, and adopt the opinion of that court as the opinion of this.

The decree is affirmed, with costs.